RECEIVED
IN ALEXANDRIA, LA.

JAN 1 4 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JESSIE J. SCOTT III (DOC. #385895) | DOCKET NO: 09-CV-1087; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| NATCHITOCHES PARISH DETENTION CENTER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** Plaintiff's Complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED, at Alexandria, Louisiana, this 14th day of January, 2010.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE